# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ANTONIO FREEMAN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Case No. 6:19-cv-495-JDK-KNM |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that the above-entitled and numbered application for the writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED**. The Clerk of the Court is instructed to close this case.

**So ordered and signed on this**
**Jan 7, 2021**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE